1  MICHAEL B. IJAMS, CA STATE BAR NO. 84150
   BENJAMIN M. JOHNSON, CA STATE BAR NO. 294756
2  BLAINE R. COX, CA STATE BAR NO. 306192
   ROBERT AVERSA-GOODMAN, CA STATE BAR NO. 348090
3  BERLINER COHEN, LLP
   1601 I STREET, SUITE 150
4  MODESTO, CALIFORNIA 95354-1128
   TELEPHONE: (209) 576-0111
5  FACSIMILE: (209) 576-1076
   MICHAEL.IJAMS@BERLINER.COM
6  BENJAMIN.JOHNSON@BERLINER.COM
   BLAINE.COX@BERLINER.COM
7  ROBERT.GOODMAN@BERLINER.COM

8  ATTORNEYS FOR DEFENDANTS
   VELOCITY SOLAR POWER, INC., VELOCITY SOLAR
9  POWER INSTALLATIONS, LLC, DARIN DOWD,
   JENNIFER DOWD, RON RIISAGER, DANA RIISAGER,
10 EMMETT EDWARD WYRICK, ERIKA WYRICK, JOE
   LOOMIS, MOLLY LOOMIS, HEATHER SILVIS, AND
11 AMERICAN CONTRACTORS INDEMNITY COMPANY

12

                UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14                  SACRAMENTO DIVISION

15

| | |
|---|---|
| ERIK FOX, an individual, | CASE NO. |
| Plaintiff, | [Placer County Superior Court Case No. S-CV-0050569] |
| v. | NOTICE OF REMOVAL |
| VELOCITY SOLAR POWER, INC., an Idaho corporation; VELOCITY SOLAR POWER INSTALLATIONS, LLC; an Idaho limited liability company; DARIN DOWD, an individual; JENNIFER DOWD, an individual; RON RIISAGER, an individual; DANA RIISAGER, an individual; EMMETT EDWARD WYRICK, an individual; ERIKA WYRICK, an individual; JOE LOOMIS, an individual; MOLLY LOOMIS, an individual; HEATHER SILVIS, an individual; GRANITE BAY EXCAVATING, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

-1-

4855-7665-5468v1
RGOODMAN\27244008

1.    Velocity Solar Power Inc. ("Velocity"), Velocity Solar Power Installations, LLC, Darin Dowd, Jennifer Dowd, Ron Riisager, Dana Riisager, Emmett Edward Wyrick, Erika Wyrick, Joe Loomis, Molly Loomis, Heather Silvis, American Contractors Indemnity Company, and Granite Bay Excavating, Inc. are the defendants in the civil action filed by plaintiff Erik Fox ("Plaintiff") on May 23, 2023, in the Superior Court of California, County of Placer, Case No. S-CV-005069. Pursuant to provisions of Section 1441 and 1446 of Title 28 of the United States Code, Velocity hereby removes this action to the United States District Court for the Eastern District of California, which is the judicial district in which the action is pending.

2.    The grounds for removal of this action are:

     a.    This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. § 1331. In particular, Plaintiff's most substantial and complex claim for relief concerns an alleged violation of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961(c)).

     b.    The other bases for relief asserted by Plaintiff all arise out of the same set of facts and are part of the same case and controversy so that this Court has supplemental jurisdiction of them within the meaning of 28 U.S.C. § 1367(a). Therefore, this is an action over which this Court would have had original jurisdiction had it been filed initially in this Court, and removal to this court is proper under the provision of 28 U.S.C. § 1441(a).

3.    This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the first defendant served in this action was Heather Silvis, and such service occurred on June 1, 2023. This Notice of Removal is filed within 30 days of any of the defendants' receipt of the complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4.    Pursuant to the provisions of 28 U.S.C. § 1446(a), Velocity attaches to this notice and incorporates by references copies of the following papers, which are all the process, pleadings, and orders served on her prior to her removal of this action:

-2-

4855-7665-5468v1
RGOODMAN\27244008

a. Complaint filed in Placer County Superior Court of California, Case No. S-CV-0050569, which is marked as **Exhibit A**;

b. Summons in Case of *Fox v. Velocity et al.*, Case No. S-CV-0050569, Placer County Superior Court of California, first served on Defendant Heather Silvis on June 1, 2023, which is marked as **Exhibit B**; and

c. Civil Case Cover Sheet, which is marked as **Exhibit C**.

d. Answer filed by defendants Velocity Solar Power Installations, LLC; an Idaho limited liability company; Darin Dowd, an individual; Jennifer Dowd, an individual; Ron Riisager, an individual; Dana Riisager, an individual; Emmett Edward Wyrick, an individual; Erika Wyrick, an individual; Joe Loomis, an individual; Molly Loomis, an individual; Heather Silvis, an individual; Granite Bay Excavating, Inc., a California corporation; American Contractors Indemnity Company, a California corporation, which are marked as **Exhibit D**.

e. Answer filed by Granite Bay Excavating, Inc., a California corporation and American Contractors Indemnity Company, a California corporation, which are marked as **Exhibit E.**

5. All defendants join in this removal. A statement of their Joinder in Removal is filed contemporaneously herewith, and is also attached hereto as **Exhibit F**.

DATED: JUNE 30, 2023                    BERLINER COHEN, LLP


BY: /S/ BENJAMIN M. JOHNSON
MICHAEL B. IJAMS
BENJAMIN M. JOHNSON
BLAINE R. COX
ROBERT AVERSA-GOODMAN
ATTORNEYS FOR DEFENDANTS VELOCITY SOLAR POWER, INC., VELOCITY SOLAR POWER INSTALLATIONS, LLC, DARIN DOWD, JENNIFER DOWD, RON RIISAGER, DANA RIISAGER, EMMETT EDWARD WYRICK, ERIKA WYRICK, JOE LOOMIS, MOLLY LOOMIS, HEATHER SILVIS, AND AMERICAN CONTRACTORS INDEMNITY COMPANY

-3-

4855-7665-5468v1
RGOODMAN\27244008