**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK FOX,<br>  Plaintiff,<br>   v.<br>VELOCITY SOLAR POWER, INC.,<br>ET AL.,<br>  Defendants. | **CONSENT ORDER**<br><br>Case No.: 2:23-cv-01319-JAM-KJN |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final

1

judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are **VACATED**.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Magistrate Judge Kendall J. Newman. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:23-CV-01319-KJN.

Dated: August 3, 2023          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE


Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: 08/04/23                /s/ Kendall J. Newman
                               THE HONORABLE KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE